UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

| | | |
|---|---|---|
| MARILYN POWELL COOK, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | Case No. 3:13-cv-311 |
| v. | ) | |
| | ) | Judge Mattice |
| SUSAN POWELL, | ) | Magistrate Judge Guyton |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

# **ORDER**

On June 7, 2013, United States Magistrate Judge Bruce Guyton filed his Report and Recommendation (Doc. 3) pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). Magistrate Judge Guyton recommended that Plaintiff's Complaint be dismissed due to its jurisdictional deficiencies. (*Id.*).

Plaintiff has filed timely objections to the Magistrate Judge's Report and Recommendation. (Doc. 4). However, Plaintiff's objections are merely reiterations of the original issues raised in her Motion for Leave to Proceed in forma pauperis and her Complaint. (*Compare* Docs. 1, 2 *with* Doc. 4). Further analysis of these same issues would be cumulative and is unwarranted in light of Magistrate Judge Guyton's well-reasoned and well-supported Report and Recommendation, in which he fully addressed Plaintiff's arguments and explained why jurisdiction is not proper in this Court. Nonetheless, the Court has conducted a *de novo* review of the record, specifically including those portions to which Plaintiff has objected, and the Court agrees Magistrate Judge Guyton's analysis and conclusions.

Accordingly, the Court **ACCEPTS and ADOPTS** Magistrate Judge Guyton's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and Rule 72(b); Plaintiff's Objections (Doc. 4) are **OVERRULED**; Plaintiff's Motion for Leave to Proceed in forma pauperis (Doc. 1) is **DENIED AS MOOT**; and this case is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this 3rd day of December, 2013.

*/s/ Harry S. Mattice, Jr.*
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE